STC

1 | Micha Star Liberty (State Bar No. 215687)
LIBERTY LAW OFFICE
2 | 78 First Street
San Francisco, CA 94105
3 | Telephone: (415) 896-1000
Facsimile: (415) 896-2249
4 | E-Mail: micha@libertylawoffice.com

5 | Attorney for Plaintiff

6

7 UNITED STAES DISTRICT COURT

8 NORTHER DISTRICT OF CALIFORNIA

9 SAN FRANCISCO BRANCH

10

11 | ELVIRA POLLARD, and the Estate of    Case No. C 06-04541 VRW
GUSTAVAS RUGLEY, by and through his only
12 | heir, ELVIRA POLLARD,    STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE
13 |        Plaintiffs,    MANAGEMENT CONFERENCE

14 | vs.

15 | CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE DEPARTMENT,
16 | HEATHER FONG, an individual, and in her
official capacity as Chief of the San Francisco
17 | Police Department, San Francisco Police
Department Police Officers GAMBLE, ALVES,
18 | MORROW NEWLAND, KUMLI, KNOBLE,
GREENWOOD, SIMONE, BURKE, GALA,
19 | BISORDI, SMITH, JONES, and DOES 1-100,

20 |        Defendants.

21        WHEREAS, Plaintiff Elvira Pollard, acting in propria persona, filed a wrongful

22 death action in the Superior Court of California, County of San Francisco, on June 28,

23 2005, seeking to recover damages for the shooting death of her son, Gus Rugley,

24 against certain police officers and against the City and County of San Francisco.

25

26

27

28

LIBERTY LAW OFFICE
78 First Street
San Francisco, CA 94105
Telephone: (415)896-1000
Facsimile: (415)896-2249

Stipulation to Continue the CMC                                    Page 1

1    WHEREAS, Ms. Pollard retained an attorney to assist her in the matter.

2  However, the attorney-client relationship broke down and counsel terminated the

3  relationship in early 2006.

4    WHEREAS, thereafter, Ms. Pollard contacted the Liberty Law Office seeking

5  representation.

6

7    WHEREAS, recognizing that the Statute of Limitations was about to run for Ms.

8  Pollard's federal allegations pursuant to Title 42, section 1983, the Liberty Law Office

9  substituted into the action as counsel of record and moved to amend the complaint.

10  Plaintiff's motion to amend was granted on June 28, 2006, and she immediately filed

11  an Amended Complaint containing various federal law allegations.

12    WHEREAS, subsequently, counsel for Ms. Pollard and counsel for the City and

13  County had various discussions regarding the viability of Ms. Pollard's lawsuit.

14    WHEREAS, the parties have agreed to allow the Liberty Law Office and Ms.

15

16  Pollard to review the non-privileged investigation file pertaining to the shooting of Mr.

17  Rugley.

18    WHEREAS, counsel for all parties have agreed to enter into a protective order

19  prior to allowing the Liberty Law Office to review the investigation file.

20    WHEREAS, counsel for the City and County has represented to the Liberty Law

21  Office that there are hundreds of pages of documents, many photographs and several

22

23  video tapes relating to the investigation of Mr. Rugley's shooting.

24    WHEREAS, the Liberty Law Office believes it necessary to review the City

25  Attorney's file, in its entirety, prior to determining a litigation plan or whether this matter

26  should proceed at all.

27    WHEREAS, the parties now stipulate as follows:

28

LIBERTY LAW OFFICE
78 First Street
San Francisco, CA 94105
Telephone: (415)896-1000
Facsimile: (415)896-2249

Stipulation to Continue the CMC                                        Page 2

1.  The Case Management Conference, currently set for Tuesday, October 24, 2006, at 9:00 am, shall be continued to Tuesday, December 12, 2006 at 9:00 am.

2.  The parties shall enter into a protective order.

3.  The City and County shall make all disclosures as required by Rule 26 by November 1, 2006.

DATED: October _____, 2006

Micha Star Liberty
LIBERTY LAW OFFICE
Attorneys for plaintiff

DATED: October 2, 2006

Sean F. Connolly
City and County of San Francisco
Attorneys for Defendants

## ORDER

BASED ON THE ABOVE ENTERED STIPULATION, IT IS SO ORDERED.

By: _____

Honorable Vaughn R. Walker
UNITED STATES DISTRICT COURT

LIBERTY LAW OFFICE
78 First Street
San Francisco, CA 94105
Telephone: (415)896-1000
Facsimile: (415)896-2249

Stipulation to Continue the CMC

Page 3

TOTAL P.04