IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA POLLARD, INDIVIDUALLY AND AS REPRESENTATIVE OF ESTATE OF GUSTAVAS RUGLEY, JR,<br><br>          Plaintiff,<br><br>     v<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL,<br><br>          Defendant.<br>_____/ | No  C  06-04541  VRW<br><br>ORDER |

On February 21, 2007, the court issued an order relating to a motion to withdraw brought by plaintiff's former counsel, Micha Star Liberty. Doc #19. The court therein ordered defendants to submit an application for attorney's fees, expenses and costs related to the defense of this action from the date of the filing of the amended complaint. Id at 6:8-19. Defendants filed their application for attorney's fees, expenses and costs on April 3,

2007. Doc ##35-36. Ms Liberty filed her objections on April 16, 2007. Doc ##37-39.

Given the length and detail of Ms Liberty's objections, the court finds that defendants should have a fair opportunity to respond. Accordingly, defendants are ordered to submit a reply on or before May 9, 2007.

IT IS SO ORDERED.

**VAUGHN R WALKER**

**United States District Chief Judge**