```
1  MARYLON M. BOYD   SBN: 139642
   LAW OFFICE OF MARYLON M. BOYD
2  2201 Broadway Street, Suite 815
   Oakland, CA 94612
3  510 663-8772 Office
   510 663-8781 Facsimile
4  marylonboyd@msn.com

5  Attorney for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA POLLARD, and the Estate of GUSTAVAS RUGLEY, by and through his only heir, ELVIRA POLLARD | CASE NO. C 06-4541 VRW |
| vs | ~~[PROPOSED]~~ ORDER AND REQUEST TO CHANGE CASE MANAGEMENT CONFERENCE DATE |
| CITY AND COUNTY OF SAN FRANCISCO SAN FRANCISCO POLICE DEPARTMENT HEATHER FONG, an individual and in her official capacity as Chief of the San Francisco Police Department, San Francisco Police Department Police Officers GAMBLE, ALVES MORROW, NEWLAND, KUMLI, NOBLE GREENWOOD, SIMONE, BURKE, GALA BISORDI, SMITH, JONES, and DOES 1 - 100 | Date: July 15, 2009<br>Time: 3:30 p.m.<br>Dept: Courtroom 6, 17th Floor<br><br>HON. Judge Vaughn R. Walker |
| Defendants. | |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff's Counsel Marylon M. Boyd, hereby moves the Court exparte for an order continuing the Case Management Conference in this matter

_____
EXPARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

on the grounds that Counsel is not available to appear on July 15, 2009.

**REASONS FOR CONTINUANCE**

Counsel is in a jury trial in the matter of *Dedmon v. City of Daly City*, San Mateo Superior Court number CIV 463300, before the Honorable Judge Mittlesteadt. The jury trial is expected to last until July 26. The matter commenced on June 29, 2009, and due to extensive pre trial motions is now extending beyond the date originally anticipated for the matter. Counsel for Defendants has agreed to a continuance and both parties are available on September 9.

For the forgoing reasons, it requested that the case management conference in this matter be continue.

Dated: July 10, 2009           LAW OFFICES OF MARYLON M. BOYD

*Marylon M. Boyd*

**IT IS SO ORDERED:**

The Case Management Conference in this matter shall be continued to September 17, 2009 at 3:30 PM.
_____.

DATED: July 14, 2009           _____
                               HONORABLE VAUGHN R. WALKER



IT IS SO ORDERED — Judge Vaughn R Walker, United States District Court, Northern District of California

EXPARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE                2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28