**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELVIRA POLLARD, INDIVIDUALLY
AND AS REPRESENTATIVE OF
ESTATE OF GUSTAVAS RUGLEY, JR,

       Plaintiff,

  v

CITY AND COUNTY OF SAN FRANCISCO,
ET AL,

       Defendants.

_____/

No C 06-04541  VRW

ORDER TO SHOW CAUSE

This action, filed in 2005, relates to an incident in 2004. Plaintiff's present counsel appeared in 2008 but has taken essentially no steps to prosecute the action and claims now to lack the financial resources to proceed.

Now, therefore, plaintiff is ORDERED to show cause in writing on or before June 15, 2010 why the complaint should not be

dismissed for failure to prosecute.  FRCP 41(b).  Defendants may file a reply by June 25, 2010.

       IT IS SO ORDERED.

                                          VAUGHN R WALKER
     &nbsn;                            United States District Chief Judge