IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA POLLARD, INDIVIDUALLY AND AS REPRESENTATIVE OF ESTATE OF GUSTAVAS RUGLEY, JR, <br><br> Plaintiff, <br><br> v <br><br> CITY AND COUNTY OF SAN FRANCISCO, ET AL, <br><br> Defendants. <br> _____/ | No    C 06-4541 VRW <br><br> ORDER |

On May 28, 2010, the court ordered plaintiff to show cause why the case should not be dismissed for failure to prosecute pursuant to FRCP 41(b). Doc #93. In her response, plaintiff requested additional time to seek funds from the Federal Pro Bono Project or to seek the assistance of a new attorney. Doc #95 at 4. Plaintiff is DIRECTED to inform the court in writing by not later

than September 24, 2010 the status of her attempt to secure pro bono assistance or to obtain new counsel.

IT IS SO ORDERED.



VAUGHN R WALKER
United States District Chief Judge